IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:24-CV-00213-KDB-DCK

| | |
|---|---|
| ANWAR A. AALAAM,<br><br>    Plaintiff,<br><br>    v.<br><br>MOVEMENT MORTGAGE, LLC AND U.S. BANK NATIONAL ASSOCIATION,<br><br>    Defendants. | **ORDER** |

THIS MATTER is before the Court on Defendant Movement Mortgage, LLC's Motion to be Excused from Initial Settlement Conference Requirement. The Court has reviewed the record in this matter and finds that, based on the unusual circumstances presented in this case, there is good cause to excuse the parties from having to participate in an initial settlement conference as would otherwise be required.

IT IS THEREFORE ORDERED that Defendant Movement Mortgage, LLC's Motion to be Excused from Initial Settlement Conference Requirement is GRANTED and that the parties are not required to participate in an initial settlement conference in this case.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: October 17, 2024

*/s/ Kenneth D. Bell*
Kenneth D. Bell
United States District Judge