IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:24-CV-213-KDB-DCK

| | | |
|---|---|---|
| ANWAR A. AALAAM, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. BANK NATIONAL ASSOCIATION, | ) | |
| and MOVEMENT MORTGAGE, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 13) filed by Local Counsel G. Wade Leach III on November 11, 2024.

Applicant Joshua H. Threadcraft seeks to appear as counsel *pro hac vice* for Defendant U.S. National Bank Association. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 13) is **GRANTED**. Joshua H. Threadcraft is hereby admitted *pro hac vice* to represent Defendant U.S. National Bank Association.

**SO ORDERED**.

Signed: November 12, 2024

David C. Keesler
United States Magistrate Judge